# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF GEORGIA

### SAVANNAH DIVISION

ANGEL GOMEZ )
)
v. )   Case No. CV413-001
)       CR410-100
UNITED STATES OF AMERICA )

## O R D E R

After a careful <u>de novo</u> review of the record in this case, the Court

concurs with the Magistrate Judge's Report and Recommendation, to which

objections have been filed. Accordingly, the Report and Recommendation of

the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this _19th_ day of _February_, 2013.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA